NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NEUTRAL TANDEM, INC.,**
*Plaintiff-Appellant,*

v.

**PEERLESS NETWORK, LLC,
PEERLESS NETWORK OF ILLINOIS, LLC
AND JOHN BARNICLE,**
*Defendants-Appellees.*

---

2012-1012

---

Appeal from the United States District Court for the Northern District of Illinois in case no. 08-CV-03402, Judge John W. Darrah.

---

## ON MOTION

---

## ORDER

Neutral Tandem, Inc. moves to withdraw its appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to withdraw the appeal is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

MAY 18 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: John R. Harrington, Esq.
David Rene' Yohannan, Esq.

s21

Issued As A Mandate: MAY 18 2012

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 18 2012

JAN HORBALY
CLERK